# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOISES OMAR TAPIA-BALERA (1),<br><br>Defendant. | Case No.: 15cr2160-MMA-1<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 18] |
|---|---|

Upon due consideration, good cause appearing, the Court **GRANTS** the government's motion and **DISMISSES** the Information in the above-entitled case as to Defendant Moises Omar Tapia-Balera without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: October 2, 2015

HON. MICHAEL M. ANELLO
United States District Judge